JUDGE: BURGESS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BARRY T. MCGARVEY,<br><br>    Defendant. | NO. CR05-5346FDB<br><br>AGREED ORDER<br>CONTINUING PRETRIAL MOTIONS<br>CUTOFF DATE AND TRIAL DATE |

Upon the stipulation of the parties to continue the trial date and the pretrial motions cutoff date in the above-captioned case, and that CARL BLACKSTONE, Assistant U.S. Attorney, is in agreement to a continuance, and that the defendant has agreed to execute a waiver of his speedy trial right, and that such a continuance is necessary for effective case preparation and would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the pre-trial motion cutoff date of May 27, 2005 is continued to July 1, 2005, and the trial date of July 11, 2005 is continued to September 6, 2005 at 9:00 a.m.

//
//
//
//
//
//
//
//

1     IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the current trial date of July 11, 2005 up to and including the new trial date of September 6, 2005, for the defendant, is excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay.

    DONE this 23rd day of June, 2005.

/s/ Franklin D Burgess
FRANKLIN D BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

Approved by:

/s/ CARL BLACKSTONE
Assistant U.S. Attorney