Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5346FDB |
| Plaintiff, | ) ) ) | AGREED ORDER EXTENDING TIME FOR GOVERNMENT'S RESPONSE TO PRE-TRIAL MOTIONS |
| BARRY THOMAS McGARVEY, | ) ) | |
| Defendant. | ) ) | |

Upon stipulation of the parties to continue the time for the Government's response to pretrial motions in the above-captioned case, and that Ronald Ness, attorney for Mr. McGarvey, is in agreement to a continuance, and that such a continuance is necessary because counsel for the Government will be unavailable during much of the time prior to July 7, 2005,

//
//
//
//
//
//

ORDER/MCGARVEY — 1

1  IT IS HEREBY ORDERED that the Government's response to pretrial motions
2 is continued to July 14, 2005.
3  DATED this 30th day of June, 2005.

      /s/ Franklin D Burgess
FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/CARL BLACKSTONE
Assistant United States Attorney

s/RONALD D. NESS
Attorney for Barry McGarvey

ORDER/MCGARVEY — 2