1

2          **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON**
                                    **AT TACOMA**
3

4     **UNITED STATES OF AMERICA,**

5                   **Plaintiff,**                      **Case No.  CR05-5346RJB**

6              **v.**                                   **INITIAL ORDER RE: ALLEGATIONS**
                                                        **OF VIOLATION OF CONDITIONS**
7     **BARRY THOMAS MCGARVEY,**                        **OF SUPERVISION BY UNITED**
                                                        **STATES PROBATION OFFICE**
8                   **Defendant.**

9

10

11          **THIS MATTER comes on for hearing on the Petition of the United States Probation Office**
      **alleging that the defendant has violated the conditions of supervision.**

12          **The plaintiff appears through Special/Assistant US Attorney, KATHRYN FRIERSON:**

13          **The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ:**

14          **The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of**
      **supervision; the defendant has been advised of the allegation(s) and maximum potential sanction if**
15    **substantiated; and the court finding probable cause with regard to the alleged violation(s);**

16          **The matter is scheduled for hearing  before the Honorable ROBERT J. BRYAN:**

17                        **Date: APRIL 8, 2011**

18                        **Time: 10:00 AM**

19    **(   ) Defendant is released pending the above scheduled hearing.**

20    **( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any**
      **other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered**
21    **by the court for further proceedings.**

22          **The clerks shall direct copies of this order to counsel for the United States, to counsel for the**
      **defendant, the United States Marshal and to the United States Probation Office.  This Order is entered**
23    **without prejudice to review.**

24                                                      **March 29, 2011.**

25

26

27                                                      J. Richard Creatura
                                                        United States Magistrate Judge
28

ORDER
Page - 1